IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA TREVINO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-054 |
| | § | |
| ALLSTATE PROPERTY AND | § | JURY |
| CASUALTY INSURANCE COMPANY | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Allstate Property and Casualty Insurance Company, Defendant herein, and files this list of individual or entities having a financial interest in this litigation as directed by the Court's Order, a copy of which was received less than 15 days ago:

**Plaintiff:**

Yolanda Trevino

**Attorney in Charge:**

Mr. Randall P. Crane
LAW OFFICE OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586

**Defendant:**

Allstate Property and Casualty Insurance Company
227 N. Loop 1604 East, Ste. 200
San Antonio, TX 78232

**Attorneys in Charge:**

Mr. Jeffrey D. Roerig
Ms. Rosemary Conrad-Sandoval
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 E. Dove
McAllen, TX 78504

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
506 East Dove
McAllen, Texas 78504
(956) 631-8049
(956) 631-8141 (Fax)

JEFFREY D. ROERIG
State Bar No.: 17161700
Federal Bar No.: 1503
ROSEMARY CONRAD-SANDOVAL
State Bar No.: 04709300
Federal No. 13738

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed to the Attorney for Plaintiff, as follows:

| | |
|---|---|
| Mr. Randall P. Crane<br>LAW OFFICE OF RANDALL P. CRANE<br>201 S. Sam Houston<br>San Benito, Texas 78586 | CM/RRR 7160 3901 9848 1268 3822 |

on this 8th day of April, 2004.

ROSEMARY CONRAD-SANDOVAL