United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA TREVINO | § | |
| | § | CIVIL ACTION NO. B-04-054 |
| VS. | § | |
| | § | (JURY DEMANDED) |
| ALLSTATE PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY | § | |

## MOTION FOR LEAVE TO PROCEED PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RANDALL P. CRANE, Attorney for Plaintiff YOLANDA TREVINO, and subject to and without waiving Plaintiff's Special Appearance, files this his MOTION FOR LEAVE TO PROCEED PRO HAC VICE in support of which he would show unto the Court as follows:

### I.

The above styled and referenced case was initially filed in the County Court At Law #3, Cameron County, Texas, on or about February 23, 2004. Thereafter, Defendant ALLSTATE INDEMNITY COMPANY, mistakenly named ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, filed its Notice of Removal to this court on or about March 23, 2004. Since Movant is not admitted to practice in this Court, he is hereby requesting that he be allowed to appear as attorney-in-charge for Plaintiff, YOLANDA TREVINO in this case.

## II.

Attorney for Plaintiff YOLANDA TREVINO is licensed to practice in all Texas State Courts and is in good standing with the same.

**WHEREFORE PREMISES CONSIDERED,** RANDALL P. CRANE, prays that pending the duration of this case, that he be permitted to appear and practice Pro Hac Vice in this proceeding.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
ATTORNEYS AT LAW
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-7486
BY: _____
RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Leave to Appear Pro Hac Vice has been forwarded to all parties of record as follows:

Roerig, Oliviera & Fisher
Attorneys At Law
855 W. Price Road, Suite #9
Brownsville, Texas 78520

SIGNED this the 13th day of April, 2004.

RANDALL P. CRANE
STATE BAR #05006900
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Movant herein has attempted to confer with opposing counsel with regards to the filing of this motion, and opposing counsel has not returned any telephone calls.

RANDALL P. CRANE
STATE BAR #05006900