IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA TREVINO | § | |
| | § | CIVIL ACTION NO. B-04-054 |
| VS. | § | |
| | § | (JURY DEMANDED) |
| ALLSTATE PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY | § | |

**PLAINTIFF YOLANDA TREVINO'S
CERTIFICATE OF INTERESTED PARTIES**

**PLAINTIFF:**
Yolanda Trevino

**DEFENDANT:**
Allstate Indemnity Company, mistakenly named as Allstate Property & Casualty Insurance Co.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. Sam Houston
San Benito, Texas 78586
(956) 399-2496
(956) 399-7398 (Fax)

BY: _____
RANDALL P. CRANE
State Bar #05006900
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff Yolanda Trevino's Certificate of Interested Parties has been forwarded to the attorneys of record for the Defendant as follows:

Roerig, Oliviera & Fisher
Attorneys At Law
855 W. Price Road, Suite #9
Brownsville, Texas 78520

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7002 0860 0001 1952 8700)

SIGNED this the 13th day of April, 2004.

RANDALL P. CRANE
State Bar #05006900
ATTORNEY FOR PLAINTIFF