United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA TREVINO | § | |
| | § | CIVIL ACTION NO. B-04-054 |
| VS. | § | |
| | § | (JURY DEMANDED) |
| ALLSTATE PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY | § | |

## PLAINTIFF YOLANDA TREVINO'S MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, YOLANDA TREVINO, Plaintiff in this action, pursuant to 28 U.S.C. Section 1447 (c) and moves this Court for an order remanding this action to the County Court at Law # 3, Cameron County, Texas, on the grounds that the federal court lacks jurisdiction over the subject matter of this action. In support thereof, Plaintiff shows the Court as follows:

I

This court lacks jurisdiction to hear this action in that Plaintiff's cause of action in this matter does not arise under federal law and complete diversity does not exist between the parties involved, allowing for diversity jurisdiction.

Plaintiff's cause of action arose from an incident which occurred in Cameron county, Texas on or about June 22, 2000. Plaintiff Yolanda Trevino was suddenly and unexpectedly struck from behind by another vehicle, while she sat in her vehicle waiting for approaching traffic to go by. Defendant Allstate issued an uninsured/underinsured motor vehicle insurance

policy to plaintiff Yolanda Trevino. Since the driver of the vehicle which struck plaintiff was was underinsured, as that term is defined in the policy of insurance issued to Plaintiff Yolanda Trevino by the Defendant Allstate Property & Casualty Insurance Company, plaintiff attempted to settle her damages with Allstate to no avail.

As a result of this incident, Plaintiff brought a cause of action in county court against defendant Allstate Property & Casualty Insurance Company for failing to pay damages pursuant to the "Uninsured/Underinsured Motorist Coverage", which in part provided that in the event the Plaintiff or an authorized driver or passenger or family member suffered injury at the hands of an uninsured/underinsured motorist, and that such motorist was legally responsible for same, the Plaintiff would be paid for damages received as a result of such occurrence. Plaintiff has met all conditions precedent to recovery under the "Uninsured/Underinsured Motorist Coverage."

II

Diversity Jurisdiction exists for the purpose of providing a federal forum for out of state litigants where they are free from prejudice in favor of a local litigant <u>J.A. Olson Co. V. Winona,</u> 818 F.2d 401, 404 (5th Cir. 1987). Under 28 U.S.C. §1331 Federal Cts. have diversity jurisdiction of civil matters when the amount in controversy exceeds $75,000.00 and the controversy is between citizens of different states. In deciding the citizenship of a corporation, 28 USC §1332( c) (1) expressly states that a corporation is a citizen in any state in which it is incorporated and any state which it claims as its principal place of business. However, when an

action is brought directly by an insured against the insurer of a policy or contract of liability insurance, whether incorporated or unincorporated, to which action the insured is **not** joined as a party-defendant, such insurer shall be deemed a citizen of the State of which the insured is a citizen.  28 USC §1332 (c) (1).   The defendant in the instant case is, deemed a citizen of Texas, therefore, no basis exists for diversity Jurisdiction.

Additionally, the amount in controversy in this action **does not exceed**, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

WHEREFORE, PREMISES CONSIDERED, Plaintiff YOLANDA TREVINO, requests that this case be removed from Federal Court and that it proceed in County Court At Law #3, Cameron County, Texas.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
(956) 399-7398  (Fax)

BY: _____
RANDALL P. CRANE
State Bar #05006900
ATTORNEY FOR PLAINTIFF

## VERIFICATION

THE STATE OF TEXAS　　　　　§
　　　　　　　　　　　　　　§
COUNTY OF CAMERON　　　　§

　　I, RANDALL P. CRANE, being first duly sworn, deposes and says that : I am counsel for Plaintiff, YOLANDA TREVINO;　I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

　　　　　　　　　　　　　　　　　　　　　RANDALL P. CRANE

　　SUBSCRIBED AND SWORN TO BEFORE ME by the said RANDALL P. CRANE, this the 13th day of April, 2004, to certify which witness my hand and seal of office.

DIANA G GARZA
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-03-2005

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion To Remand

has been forwarded to the attorneys of record for the Defendant as follows:

Roerig, Oliviera & Fisher
Attorneys At Law
855 W. Price Road, Suite #9
Brownsville, Texas 78520

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7002 0860 0001 1952 8700)

SIGNED this the 13th day of April, 2004.

RANDALL P. CRANE
State Bar #05006900
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney contacted the attorney for the Defendant herein regarding the filing of this motion and that the attorney for Defendant is not in agreement with the filing of this motion.

RANDALL P. CRANE
State Bar #05006900
ATTORNEY FOR PLAINTIFF