7

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

YOLANDA TREVINO                        §
                                       §    CIVIL ACTION NO. B-04-054
VS.                                    §
                                       §    (JURY DEMANDED)
ALLSTATE PROPERTY & CASUALTY           §
INSURANCE COMPANY                      §

## ORDER ON
## MOTION TO PROCEED PRO HAC VICE

On the 23rd day of ___April___, 2004, came on to be considered RANDALL

P. CRANE'S   Motion to Appear Pro Hac Vice in the above referenced and styled cause of action.

The court after considering said Motion is of the opinion that the same shall be in all things

_Granted_.

It is therefore Ordered that  RANDALL P. CRANE'S   Motion to Appear Pro Hac Vice is

hereby _Granted_.

SIGNED FOR ENTRY THE 23rd DAY OF ___April___, 2004.

_____
JUDGE PRESIDING

Copies to:
Hon. Randall P. Crane
Hon. Jeff Roerig