

United States District Court
Southern District of Texas
FILED

MAY 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA TREVINO | § | |
| | § | CIVIL ACTION NO. B-04-054 |
| VS. | § | |
| | § | (JURY DEMANDED) |
| ALLSTATE PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY | § | |

## PLAINTIFF YOLANDA TREVINO'S RESPONSE
## TO DEFENDANT'S REPLAY TO PLAINTIFF'S MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, YOLANDA TREVINO, Plaintiff in this action , and files this Plaintiff's Response to Defendant's Reply to Plaintiff's Motion To Remand and would respectfully show the Court the following:

### I

This court lacks jurisdiction to hear this action in that Plaintiff's cause of action in this matter does not arise under federal law and complete diversity does not exist between the parties involved, allowing for diversity jurisdiction.

### II

Under 28 U.S.C. §1331 Federal Cts. have diversity jurisdiction of civil matters when the amount in controversy exceeds $75,000.00 **and** the controversy is between citizens of different states.

The amount in controversy in this action <u>does not exceed</u>, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

Plaintiff did not plead that the amount in controversy exceeds $75,000.00 and has never plead that the amount in controversy exceeds $75,000.00. Plaintiff's Original Petition states that as a result of the incident in question and the injuries sustained, plaintiff Yolanda Trevino, has been damaged as follows: the petition lists the different damages all of which state "in an amount that exceeds the minimum jurisdictional limits of the court". No where in her pleadings does plaintiff allege that her damages exceed $75,000.00. Additionally, plaintiff has provided defendant with her responses to disclosures and the only amounts mentioned are those for medical expenses in the past and future totaling $31,347.00.

WHEREFORE, PREMISES CONSIDERED, Plaintiff YOLANDA TREVINO, requests that this case be removed from Federal Court and that it proceed in County Court At Law #3, Cameron County, Texas.

RESPECTFULLY SUBMITTED,

LAW FIRM OF RANDALL P. CRANE
201 S. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-2496
(956) 399-7398 (Fax)

BY

RANDALL P. CRANE
State Bar #05006900
ATTORNEY FOR PLAINTIFF

## VERIFICATION

THE STATE OF TEXAS                    §
                                      §
COUNTY OF CAMERON                     §

     I,  RANDALL P. CRANE, being first duly sworn, deposes and says that : I am counsel

for Plaintiff, YOLANDA TREVINO;  I am familiar with the contents of the above; and to the

best of my knowledge the contents thereof are true and correct.

                                       RANDALL P. CRANE

     SUBSCRIBED AND SWORN TO BEFORE ME by the said RANDALL P. CRANE,
this

the 5th   day of May,  2004, to certify which witness my hand and seal of office.

                           Notary Public, State of Texas

DIANA G GARZA
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-03-2005

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Response to Defendant's Reply to Plaintiff's Motion To Remand has been forwarded to the attorneys of record for the Defendant as follows:

     Roerig, Oliviera & Fisher
     Attorneys At Law
     855 W. Price Road, Suite #9
     Brownsville, Texas 78520

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED #7002 0860 0001 1952 8922)

SIGNED this the ___5th__ day of May, 2004.

                      RANDALL P. CRANE
                      State Bar #05006900
                      ATTORNEY FOR PLAINTIFF