United States District Court
Southern District of Texas
ENTERED

MAY 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA TREVINO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-054 |
| | § | JURY |
| | § | |
| ALLSTATE PROPERTY & | § | |
| CASUALTY INSURANCE COMPANY | § | |

## ORDER GRANTING
## MOTION FOR EXTENSION OF DEADLINE FOR JOINT REPORT OF MEETING
## AND JOINT CASE MANAGEMENT PLAN

On this the 17th day of May, 2004, there came on to be considered the Agreed Motion for Extension of Deadline for Joint Report of Meeting and Joint Case Management Plan, and it appearing to the Court that the motion should be GRANTED;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Agreed Motion for Extension of Discovery Deadline be GRANTED, and that the deadline for Joint Report of Meeting and Joint Case Management Plan be extended to May 18, 2004.

SIGNED this 17th day of May, 2004.

_____
JUDGE PRESIDING