# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |
| DATE | 05 / 25 / 04 |
| TIME | 10:50 a.m. — 11:10 a.m. |
| CIVIL ACTION | B / 04 / 54 |
| STYLE | Yolanda Trevino *versus* Allstate Property and Casualty Ins. Co. |

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Randall Crane
Attorney(s) for Defendant(s):  Jeffrey Roerig

Comments:

Pl has already settled with Maria Elena Saldana, a person mentioned in the complaint but not named in the caption.

Pl argues this case does not meet the amount in controversy requirement b/c the damages are substantially below 50,000. Exemplary damages are minimal at only 5,000 and medical expenses are around 35,000.

Def - based on Pl's disclosures the amount of damages pled is in excess of 75,000, and Pl asks for treble damages. It is likely this case will settle.

Both parties feel mediation will be helpful and the parties agreed to mediate before Judge Recio by June 23, 2004. This date is referenced in the scheduling order.

Court made no further rulings on amount in controversy. The Court has already denied Pl's motion to remand, and PL made no request to file a second motion to remand.