United States District Court
Southern District of Texas
ENTERED
JUN 2 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

YOLANDA TREVINO §

vs. § Civil Action No. B-04-54

ALLSTATE PROPERTY AND §
CASUALTY INSURANCE CO.

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:                                7/9/2004
   *Furnish a copy of this scheduling order to new parties.*

3. Mediation Status Report to be filed by:                       8/2/2004

4. The plaintiff's experts will be named with a report furnished by:   9/20/2004

5. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:                              11/22/2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by:                        12/17/2004

8. Joint pretrial order is due:                                  3/16/2005

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   3/30/2005

10. Jury Selection is set for 9:00 a.m. on:                     4/11/2005
    *(The case will remain on standby until tried)*

Signed __June 28__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge