18

United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

| | |
|---|---|
| YOLANDA TREVINO | * |
| | * |
| vs | * CIVIL ACTION NO. B04-054 |
| | * |
| ALLSTATE PROPERTY AND CASUALTY | * |
| INSURANCE COMPANY | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

## MEDIATION

**July 21, 2004, at 1:00 p.m.**
(RESET FROM 9:00 A.M. BY AGREEMENT OF THE PARTIES.)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE: U.S. Federal Building & Courthouse, 2nd Floor
600 E. Harrison
Brownsville, Texas 78520

**BY ORDER OF THE COURT**

July 8, 2004

cc:   ALL COUNSEL