**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

JUL 21 2004

Michael N. Milby, Clerk of Court

Date:   July 21, 2004, 1:20 p.m. to 4:00 p.m.

---

### C.A. NO. B-04-054 (HGT)

---

| | | |
|---|---|---|
| YOLANDA TREVINO | * | Randall P Crane |
| VS | * | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | * | Rose Conrad Sandoval |

---

### ARBITRATION MINUTES

Plaintiff Yolanda Trevino appeared with her spouse and her attorney Randall P. Crane; and

Agent Elaine De Los Santos appeared for Defendant Allstate Property and Casualty Insurance Company and with attorney Rose Conrad Sandoval for mediation.

Consent to Binding Arbitration signed by the parties.

Arbitration held. Case settled. Settlement Order signed and filed.