UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 21 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| YOLANDA TREVINO | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-04-054 |
| | * | |
| ALLSTATE PROPERTY AND CASUALTY | * | |
| INSURANCE COMPANY | * | |

## CONSENT TO BINDING ARBITRATION

On this the 21st day of July 2004, Yolanda Trevino, Plaintiff and Allstate Property and Casualty Insurance Company, Defendant, consent and agree to submit this matter to binding arbitration to United States Magistrate Judge Felix Recio.

_____
Yolanda Trevino, Plaintiff
with permission

_____
Randall P. Crane
Attorney for Plaintiff

Allstate Property and Casualty Insurance
Company, Defendant

_____
Rose Conrad Sandoval
Attorney for Defendant