UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 21 2004
Michael N. Milby, Clerk of Court

YOLANDA TREVINO      *
                           *
VS                        *    CIVIL ACTION NO. B-04-054
                           *
ALLSTATE PROPERTY AND CASUALTY *
INSURANCE COMPANY      *

United States District Court
Southern District of Texas
ENTERED
AUG 0 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Pursuant to an agreement to submit to binding arbitration by the parties hereto, it is hereby ORDERED as follows:

After due consideration to the arguments of counsel, the evidence and supporting documents, the Plaintiff is awarded the sum of Twenty-Seven Thousand, Twenty Eight Dollars ($27,028.00). Respondent Allstate Property and Casualty Insurance Company is allowed an offset of Twenty-Two Thousand, Five Hundred Twenty-Eight Dollars and NO/100 ($22,528.00) and is hereby ORDERED to pay Plaintiff in full and final settlement of claims, past, present and future the sum of Four Thousand, Five Hundred Dollars and NO/100 ($4,500.00). Said sum is due and payable within fourteen (14) days of even date to Yolanda Trevino, and her attorney Randall P. Crane.

Signed this 21st day of July 2004.

_____
Felix Recio
United States Magistrate Judge