UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA TREVINO | § § § | |
| v. | § | CIVIL ACTION NO. B-04-054 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | § § § § § | |

### FINAL ORDER OF DISMISSAL

BE IT REMEMBERED that on August __, 2004, the Court considered an order issued by United States Magistrate Judge Felix Recio (Docket Entry No. 21) indicating that an arbitration award was rendered in the above-referenced civil cause of action on July 21, 2004. The Court, having been advised that a binding arbitration award has been handed down, hereby dismisses this case with prejudice. All parties shall bear their own costs.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 5 day of August, 2004.

Hilda Tagle
United States District Judge