2B

United States District Court
Southern District of Texas
FILED

AUG 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA TREVINO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-054 |
| | § | |
| ALLSTATE PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY | § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff YOLANDA TREVINO and Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY in the above-styled and numbered cause, and inform the Court that all matters at issue between the parties have been settled, including attorney's fees. Therefore, the Court is requested to dismiss these Plaintiffs' claims and causes of action, with prejudice, as to Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY.

Respectfully Submitted,

**LAW FIRM OF RANDALL P. CRANE**
201 S. Sam Houston
San Benito, Texas 78586
Phone (956) 399-2496
Fax (956) 399-7398

By: _____
Randall P. Crane
State Bar No. 05006900

**ATTORNEY FOR PLAINTIFF**

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
506 East Dove
McAllen, Texas 78504
(956) 631-8049
(956) 631-8141 (Fax)

By: _____
ROSEMARY CONRAD-SANDOVAL
State Bar No.: 04709300

**ATTORNEYS FOR DEFENDANT**